**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-2610**

———————

JEROME M. MYERS; SAMUEL KENNLEY,

                                        Plaintiffs - Appellants,

        and

LANTZ H. LITTLE; W. L. PACE; REGINALD A. LEE;
JAMES E. YOUNG; ELMER E. MARTIN; UNDRA L.
EVERSON; JIMMIE S. TAYLOR; THOMAS O. WILLIAMS;
NORMAN ROBERT KNIGHT, III,

                                        Plaintiffs,

        versus

DEPARTMENT OF THE NAVY,

                                        Defendant - Appellee,

        and

PETER CAMPBELL,

                                        Claimant.

———————

**No. 96-2698**

———————

ARTHUR PINCKNEY,

                                        Plaintiff - Appellant,

and

NORMAN WITHERSPOON; THOMAS WILLIAMS; CYNTHIA
H. COAXUM; LUCILLE MYERS; NORMAN JAMES
WITHERSPOON,

                                        Plaintiffs,

        versus

DEPARTMENT OF THE NAVY,

                                        Defendant - Appellee,

        and

FRANK SIMMONS, JR.,

                                        Claimant.

---

**No. 96-2699**

---

ELZINE R. FABERS,

                                        Plaintiff - Appellant,

        and

WILLIAM L. DIBBLE; NATHANIEL JUST; JAMES H.
MOULTRIE; NATHANIEL JONES; ELDRIDGE C. LEE;
ARTHUR L. NESBITT; HENRY L. MOORE, JR.,

                                        Plaintiffs,

2

versus

DEPARTMENT OF THE NAVY,

Defendant - Appellee.

---

**No. 96-2720**

---

DAVID RILEY,

Plaintiff - Appellant,

and

THURMOND HAMMOND; CAROLYN G. CHAVIS; HORACE
WILLIAMS; ODIS C. MOORE, JR.; WILLIAM GLOVER,

Plaintiffs,

versus

DEPARTMENT OF THE NAVY,

Defendant - Appellee.

---

**No. 96-2721**

---

CAROLYN G. CHAVIS; WILLIAM GLOVER,

Plaintiffs - Appellants,

and

3

THURMOND HAMMOND; DAVID RILEY; HORACE WILLIAMS; ODIS C. MOORE, JR.,

                                    Plaintiffs,

        versus

DEPARTMENT OF THE NAVY,

                                    Defendant - Appellee.

                    ─────────────

                    **No. 96-2771**

                    ─────────────

FRANK REED,

                                    Plaintiff - Appellant,

        and

JASPER M. BRYANT; CATHIE M. CRAWFORD; JOHN DINGLE; HARVEY J. DOCTOR; SEAFUS JORDAN; LEROY M. LLOYD; ABRAHAM J. SMALLS; RICHARD A. SPENCER; JOSEPH SWINTON, JR.; VENA L. VAIRD; JAMES L. WASHINGTON,

                                    Plaintiffs,

        versus

DEPARTMENT OF THE NAVY,

                                    Defendant - Appellee.

4

## No. 97-1859

HORACE WILLIAMS,

                                        Plaintiff - Appellant,

        and

THURMOND HAMMOND; CAROLYN G. CHAVIS; DAVID
RILEY; ODIS C. MOORE, JR.; WILLIAM L. GLOVER,

                                        Plaintiffs,

        versus

DEPARTMENT OF THE NAVY,

                                        Defendant - Appellee.

## No. 97-1860

HENRY L. MOORE, JR.,

                                        Plaintiff - Appellant,

        and

WILLIAM L. DIBBLE; NATHANIEL JUST; JAMES H.
MOULTRIE; ELZINE R. FABERS; NATHANIEL JONES;
ELDRIDGE C. LEE; ARTHUR L. NESBITT,

                                        Plaintiffs,

versus

DEPARTMENT OF THE NAVY,

                                    Defendant - Appellee.

―――――――――――――

Appeals from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (CA-93-1064-2-18AJ, CA-93-1914-2-18AJ, CA-93-3206-2-18AJ, CA-93-2410-2-18AJ, CA-93-3293-2-18AJ)

―――――――――――――

Submitted: September 8, 1998          Decided: October 6, 1998

―――――――――――――

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

―――――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――――

Jerome M. Myers, Samuel Kennley, Arthur Pinckney, Elzine R. Fabers, David Riley, Carolyn G. Chavis, William L. Glover, Frank Reed, Horace Williams, Henry L. Moore, Jr., Appellants Pro Se. John Harris Douglas, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

―――――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, we granted Appellants' petitions for rehearing in order to permit them to file their informal briefs, which we have now received and reviewed. We affirm the district court's orders.

In case Nos. 96-2610, 96-2698, 96-2699, 96-2720, 96-2721, 96-2771, the Appellants appeal the district court's orders granting the Navy summary judgment in their civil action filed under the Privacy Act, see 5 U.S.C. § 552a (1994), and denying their motion styled "Motion for Status Conference Hearing and Rule 60(b) Errors Correction." In Nos. 97-1859 and 97-1860, the Appellants appeal only the denial of the same motion. We have again reviewed the record and the district court's thorough and well-reasoned opinions and find no reversible error. Accordingly, we affirm the orders on the reasoning of the district court. No. 96-2610, <u>Myers v. Department of the Navy</u>, No. CA-93-1064-2-18AJ (D.S.C. Sept. 18, 1996; May 27, 1997); No. 96-2698, <u>Pinckney v. Department of the Navy</u>, No. CA-93-1914-2-18 (D.S.C. Sept. 18, 1996; May 27, 1997); No. 96-2699, <u>Fabers v. Department of the Navy</u>, No. CA-93-3206-2-18AJ (D.S.C. Sept. 18, 1996; May 27, 1997); No. 96-2720, <u>Riley v. Department of the Navy</u>, No. CA-93-2410-2-18AJ (D.S.C. Sept. 18, 1996; May 27, 1997); No. 96-2721, <u>Chavis v. Department of the Navy</u>, No. CA-93-2410-2-18AJ (D.S.C. Sept. 18, 1996; May 27, 1997); No. 96-2771, <u>Reed v. Department of the Navy</u>, No. CA-93-3293-2-18AJ (D.S.C. Sept.

7

18, 1996; May 27, 1997); No. 97-1859, <u>Williams v. Department of the Navy</u>, No. CA-93-2410-2-18AJ (D.S.C. May 27, 1997); No. 97-1860, <u>Moore v. Department of the Navy</u>, No. CA-93-3206-2-18AJ (D.S.C. May 27, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>